AARON D. FORD
Attorney General
SCOTT H. HUSBANDS
Nevada Bar No. 11398
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2121 (phone)
(775) 688-1822 (fax)
Email: bprice@ag.nv.gov
shusbands@ag.nv.gov
*Attorneys for Defendants, State of Nevada ex rel. its Department of Corrections and Perry Russell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN P. EVPAK, an Individual,

Plaintiffs,

v.

STATE OF NEVADA DEPARTMENT OF TAXATION, a political subdivision of the State of Nevada,

Defendant.

Case No. 3:22-cv-00073-MMD-CLB

**STIPULATION, REQUEST, AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

**(FIRST REQUEST)**

Defendant STATE OF NEVADA *ex rel.* its DEPARTMENT OF TAXATION ("Defendant" or "Taxation") by and through its attorneys, AARON D. FORD, Attorney General for the State of Nevada, SCOTT H. HUSBANDS, Deputy Attorney General, pursuant to LR IA 6-1, LR IA 6-2, hereby submit their Stipulation, Request, and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

Plaintiff JOHN P. EVPAK ("Plaintiff" or "Mr. Evpak"), filed a Complaint (ECF No. 1) on February 7, 2022. Defendants were served the Complaint on February 16, 2022. The deadline for Defendants to answer or otherwise respond to the Complaint was March 8, 2022.

Prior to this deadline, the undersigned counsel met and conferred by e-mail regarding a possible extension of time for Defendant to respond. The parties later met and conferred by phone on March 9, 2022 regarding the proposed extension and other related litigation matters. The parties agreed on an extended date of April 15, 2022. Pursuant to LR IA 6-1, the parties were unable to submit this form of Stipulation and Proposed Order prior to March 8, 2022 due to pre-existing professional obligations and an inability to meet and confer by phone until March 9, 2022.

Due to defense counsel's pre-existing professional obligations, and the complexity of Plaintiff's claims, Defendant needs additional time to prepare a responsive pleading or otherwise respond by motion to Plaintiff's Complaint.

Upon agreement by and between all the parties, through their respective counsel, the undersigned counsel request that this Court grant Defendant an extension of time, up to and including, April 15, 2022, to file an answer or otherwise respond by motion to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

By entering into this stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to Plaintiff's Complaint.

DATED: March 15, 2022

AARON D. FORD
Attorney General

By: */s/ Scott H. Husbands*

SCOTT H. HUSBANDS
Deputy Attorney General
Nevada Bar No. 11398
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
(775) 687-2142 (phone)
(775) 688-1822 (fax)
shusbands@ag.nv.gov
*Attorneys for State of Nevada ex. rel its Department of Taxation*

HKM EMPLOYMENT ATTORNEYS, LLP

By: */s/ Jenny L. Foley*

JENNY L. FOLEY, Ph.D., Esq.
Nevada Bar No. 9017
101 Convention Center Dr., suite 600
Las Vegas, Nevada 89109
(702) 805-8340 (phone)
(702) 805-8340 (fax)
jfoley@hkm.com
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

________________________________
UNITED STATES MAGISTRATE JUDGE

Dated: March 15, 2022