AARON D. FORD
Attorney General
SCOTT H. HUSBANDS
Nevada Bar No. 11398
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2142 (phone)
(775) 688-1822 (fax)
Email: shusbands@ag.nv.gov
*Attorneys for Defendant*
*State of Nevada Department of*
*Taxation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN P. EVPAK, an Individual,<br><br>      Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA DEPARTMENT OF TAXATION, a political subdivision of the State of Nevada,<br><br>      Defendant. | Case No.  3:22-cv-00073-MMD-CLB<br><br><br>**STIPULATION, REQUEST, AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant STATE OF NEVADA *ex rel.* its DEPARTMENT OF TAXATION ("Defendant" or "Taxation") by and through its attorneys, AARON D. FORD, Attorney General for the State of Nevada, SCOTT H. HUSBANDS, Deputy Attorney General, pursuant to LR IA 6-1, LR IA 6-2, hereby submit their Stipulation, Request, and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint.  This is the second request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

Plaintiff JOHN P. EVPAK ("Plaintiff" or "Mr. Evpak"), filed a Complaint (ECF No. 1) on February 7, 2022.  Defendants were served the Complaint on February 16, 2022.  The deadline for Defendants to answer or otherwise respond to the Complaint was March 8, 2022. Counsel met and conferred and agreed to extend that deadline to April 15, 2022.  The Court

approved that stipulation and entered an order approving the stipulation.  (ECF No. 7). Taxation now seeks a second extension for that deadline based on a number of unexpected deliverables due in other matters.  Counsel met and conferred electronically during the week of April 11 and are in agreement to extend the deadline for Taxation's responsive pleading to Friday, May 6, 2022.  Pursuant to LR IA 6-1, the parties were unable to submit this form of Stipulation and Proposed Order prior to April 15, 2022 as a result of several planned absences from work and an inability to fully access the Court's electronic filing application.

Due to defense counsel's pre-existing professional obligations, and the complexity of Plaintiff's claims, Defendant needs additional time to prepare a responsive pleading or otherwise respond by motion to Plaintiff's Complaint.

Upon agreement by and between all the parties, through their respective counsel, the undersigned counsel request that this Court grant Defendant an extension of time, up to and including, May 6, 2022, to file an answer or otherwise respond by motion to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    By entering into this stipulation, none of the parties waive any rights they have under

2    statute, law, or rule with respect to Plaintiff's Complaint.

3    DATED: April 18, 2022

4

5    AARON D. FORD                        HKM EMPLOYMENT ATTORNEYS, LLP
     Attorney General

6

     By: /s/ Scott H. Husbands            By: /s/ Jenny L. Foley

7

8    SCOTT H. HUSBANDS                    JENNY L. FOLEY, Ph.D., Esq.
     Deputy Attorney General             Nevada Bar No. 9017

9    Nevada Bar No. 11398                 101 Convention Center Dr., suite 600
     Office of the Attorney General       Las Vegas, Nevada 89109

10   5420 Kietzke Lane, Suite 202         (702) 805-8340 (phone)
     Reno, Nevada 89511                   (702) 805-8340 (fax)

11   (775) 687-2142 (phone)               jfoley@hkm.com

12   (775) 688-1822 (fax)                 *Attorneys for Plaintiff*
     shusbands@ag.nv.gov

13   *Attorneys for State of Nevada ex. rel its*
     *Department of Taxation*

14

15                                        **<u>ORDER</u>**

16                                        IT IS SO ORDERED.

17

18                                        _____
                                          UNITED STATES MAGISTRATE JUDGE

19
                                          Dated: ____April 18, 2022_____
20

21

22

23

24

25

26

27

28