AARON D. FORD
Attorney General
SCOTT H. HUSBANDS
Nevada Bar No. 11398
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2142 (phone)
(775) 688-1822 (fax)
Email: shusbands@ag.nv.gov
*Attorneys for Defendant*
*State of Nevada Department of*
*Taxation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN P. EVPAK, an Individual,<br><br>      Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA DEPARTMENT OF TAXATION, a political subdivision of the State of Nevada,<br><br>      Defendant. | Case No.  3:22-cv-00073-MMD-CLB<br><br><br>**STIPULATION, REQUEST, AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

Defendant STATE OF NEVADA *ex rel.* its DEPARTMENT OF TAXATION ("Defendant" or "Taxation") by and through its attorneys, AARON D. FORD, Attorney General for the State of Nevada, SCOTT H. HUSBANDS, Deputy Attorney General, pursuant to LR IA 6-1, LR IA 6-2, hereby submit their Stipulation, Request, and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint.  This is the third request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

Plaintiff JOHN P. EVPAK ("Plaintiff" or "Mr. Evpak"), filed a Complaint (ECF No. 1) on February 7, 2022.  Defendants were served the Complaint on February 16, 2022.  The deadline for Defendants to answer or otherwise respond to the Complaint was March 8, 2022.  Counsel met and conferred and agreed to extend that deadline to April 15, 2022.  The Court

approved that stipulation and entered an order approving the stipulation.  (ECF No. 7).  At Taxation's request, the parties sought a second extension for that deadline for the reasons set forth in that stipulation.  (ECF No. 8).  The Court approved that agreement.  (ECF No. 9).  The parties now seek an additional short extension of one week to accommodate several unexpected client emergencies on the part of defense counsel.  Additionally, Taxation will be adding a second Deputy Attorney General to assist with this matter and some additional time is needed for that attorney to help with preparing Taxation's responsive pleading.  Counsel met and conferred electronically on Friday May 6, 2022 and are in agreement to extend the deadline for Taxation's responsive pleading to Friday, May 13, 2022.

Upon agreement by and between all the parties, through their respective counsel, the undersigned counsel request that this Court grant Defendant an extension of time, up to and including, May 13, 2022, to file an answer or otherwise respond by motion to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1         By entering into this stipulation, none of the parties waive any rights they have under

2    statute, law, or rule with respect to Plaintiff's Complaint.

3         DATED:  May 6, 2022

4

5    AARON D. FORD                                    HKM EMPLOYMENT ATTORNEYS, LLP
     Attorney General

6

7    By: */s/ Scott H. Husbands*                      By: */s/ Jenny L. Foley*

8    SCOTT H. HUSBANDS                                JENNY L. FOLEY, Ph.D., Esq.
     Deputy Attorney General                          Nevada Bar No. 9017

9    Nevada Bar No. 11398                             101 Convention Center Dr., suite 600
     Office of the Attorney General                   Las Vegas, Nevada 89109

10   5420 Kietzke Lane, Suite 202                     (702) 805-8340 (phone)
     Reno, Nevada 89511                               (702) 805-8340 (fax)

11   (775) 687-2142 (phone)                           jfoley@hkm.com

12   (775) 688-1822 (fax)                             *Attorneys for Plaintiff*
     shusbands@ag.nv.gov

13   *Attorneys for State of Nevada ex. rel its*
     *Department of Taxation*

14

15

16        **ORDER**

17   IT IS SO ORDERED.

18   _____

19   UNITED STATES MAGISTRATE JUDGE

20   Dated: _____  May 9, 2022

21

22

23

24

25

26

27

28