AARON D. FORD
Attorney General
SCOTT H. HUSBANDS
Nevada Bar No. 11398
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2142 (phone)
(775) 688-1822 (fax)
Email:  shusbands@ag.nv.gov
*Attorneys for Defendant*
*State of Nevada Department of Taxation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN P. EVPAK, an Individual,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA DEPARTMENT OF TAXATION, a political subdivision of the State of Nevada,<br><br>    Defendant. | Case No.  3:22-cv-00073-MMD-CLB<br><br>**STIPULATION, REQUEST, AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FOURTH REQUEST)** |

Defendant STATE OF NEVADA *ex rel.* its DEPARTMENT OF TAXATION ("Defendant" or "Taxation") by and through its attorneys, AARON D. FORD, Attorney General for the State of Nevada, SCOTT H. HUSBANDS, Deputy Attorney General, pursuant to LR IA 6-1, LR IA 6-2, hereby submit their Stipulation, Request, and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint.  This is the fourth request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

Plaintiff JOHN P. EVPAK ("Plaintiff" or "Mr. Evpak"), filed a Complaint (ECF No. 1) on February 7, 2022.  Defendants were served the Complaint on February 16, 2022.  The deadline for Defendants to answer or otherwise respond to the Complaint was March 8, 2022.  Counsel met and conferred and agreed to extend that deadline to April 15, 2022.  The Court

approved that stipulation and entered an order approving the stipulation. (ECF No. 7). At Taxation's request, the parties sought a second extension for that deadline for the reasons set forth in that stipulation. (ECF No. 8). The Court approved that agreement. (ECF No. 9). The parties then sought an additional short extension of one week to accommodate several unexpected client emergencies on the part of defense counsel. (ECF No. 10). The Court approved that agreement. (ECF No. 11). The parties are now seeking a fourth stipulation extending the time for Taxation to file its responsive pleading. In connection with the third request, ECF No. 10, Taxation indicated that it will be adding a second Deputy Attorney General to assist with this matter and that additional time was needed for that attorney to help with preparing Taxation's responsive pleading. That process is taking longer than expected. Counsel met and conferred electronically on Friday May 13, 2022 and are in agreement to extend the deadline for Taxation's responsive pleading to Tuesday, May 31, 2022. This extension will allow for the time needed to prepare a responsive pleading while taking into account preexisting obligations in other matters.

Upon agreement by and between all the parties, through their respective counsel, the undersigned counsel request that this Court grant Defendant an extension of time, up to and including, May 31, 2022, to file an answer or otherwise respond by motion to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

By entering into this stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to Plaintiff's Complaint.

DATED: May 13, 2022

| AARON D. FORD | HKM EMPLOYMENT ATTORNEYS, LLP |
|---|---|
| Attorney General | |
| | |
| By: /s/ Scott H. Husbands | By: /s/ Jenny L. Foley |
| | |
| SCOTT H. HUSBANDS | JENNY L. FOLEY, Ph.D., Esq. |
| Deputy Attorney General | Nevada Bar No. 9017 |
| Nevada Bar No. 11398 | 101 Convention Center Dr., suite 600 |
| Office of the Attorney General | Las Vegas, Nevada 89109 |
| 5420 Kietzke Lane, Suite 202 | (702) 805-8340 (phone) |
| Reno, Nevada 89511 | (702) 805-8340 (fax) |
| (775) 687-2142 (phone) | jfoley@hkm.com |
| (775) 688-1822 (fax) | *Attorneys for Plaintiff* |
| shusbands@ag.nv.gov | |
| *Attorneys for State of Nevada ex. rel its Department of Taxation* | |

No further extensions of time will be granted. Failure to file an answer or other response on May 31, 2022 may result in default or other sanctions as appropriate.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 16, 2022