1  AARON D. FORD
   Attorney General
2  SCOTT H. HUSBANDS
   Nevada Bar No. 11398
3  State of Nevada
   Office of the Attorney General
4  5420 Kietzke Lane, Suite 202
   Reno, NV 89511
5  (775) 687-2142 (phone)
   (775) 688-1822 (fax)
6  Email:  shusbands@ag.nv.gov
   *Attorneys for Defendants, State of Nevada*
7  *ex rel. its Department of Taxation*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10 JOHN P. EVPAK, an Individual,

11         Plaintiffs,                  Case No.  3:22-cv-00073-MMD-CLB

12 v.

13 STATE OF NEVADA DEPARTMENT OF        **STIPULATIONAND ORDER FOR**
   TAXATION, a political subdivision of the       **DISMISSAL**
14 State of Nevada,

15         Defendant.

16

17

18         IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

                                    1

counsel of record, that this matter be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

DATED:  September 26, 2022

AARON D. FORD                                    HKM EMPLOYMENT ATTORNEYS, LLP
Attorney General

By: */s/ Scott H. Husbands*___                   By: */s/ Sara I. Schreiber*_____

SCOTT H. HUSBANDS                                JENNY L. FOLEY, Ph.D., Esq.
Deputy Attorney General                          Nevada Bar No. 9017
Nevada Bar No. 11398                             SARA I. SCHREIBER, Esq.
Office of the Attorney General                   Nevada Bar No. 15320
5420 Kietzke Lane, Suite 202                     101 Convention Center Dr., suite 600
Reno, Nevada 89511                               Las Vegas, Nevada 89109
(775) 687-2142 (phone)                           (702) 805-8340 (phone)
(775) 688-1822 (fax)                             (702) 805-8340 (fax)
shusbands@ag.nv.gov                              jfoley@hkm.com
*Attorneys for State of Nevada ex. rel its*      *Attorneys for Plaintiff*
*Department of Taxation*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:  9/26/2022_____

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of September 2022, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL** on the following persons as follows:

____ by placing the same for mailing in the United States Mail, in a sealed envelope on which first-class postage was prepaid in Las Vegas, Nevada to the following parties:

__X__ to be sent via an electronic filing with the Clerk of the Court using the Court's electronic filing system and serving all parties with an email address of record who have agreed to receive Electronic Service in this action:

_____ to be hand-delivered to the persons and/or addresses below:

/s/ Toni McKenzie
An Employee of the Attorney General

3

**Toni E. McKenzie**

| | |
|---|---|
| **Subject:** | FW: Settlement Follow Up - Evpak v. Department of Taxation |
| **Attachments:** | Stipulation to Dismiss With Prejudice.doc |

**rom:** Schreiber, Sara <sischreiber@hkm.com>
**Sent:** Monday, September 26, 2022 7:52 AM
**To:** Scott H. Husbands <SHusbands@ag.nv.gov>; Damas, Gabriela <gdamas@hkm.com>
**Cc:** Foley, Jenny <JFoley@hkm.com>
**Subject:** RE: Settlement Follow Up - Evpak v. Department of Taxation

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Dear Mr. Husbands,

My firm and my client have both received our checks. Thank you for preparing the stipulation and order. I have reviewed it and have no changes. Please affix my electronic signature.

Thank you,



WE HAVE MOVED! PLEASE UPDATE YOUR RECORDS WITH OUR NEW ADDRESS BELOW.

**Sara I. Schreiber, Esq. | HKM Employment Attorneys LLP**
**Attorney - Las Vegas Office**
101 Convention Center Drive, Suite 600, Las Vegas, Nevada 89109
Main Office: (702) 805-8340
Direct:  (702) 605-6247  | sischreiber@hkm.com | www.hkm.com

This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above. If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.

**From:** Scott H. Husbands <SHusbands@ag.nv.gov>
**Sent:** Friday, September 23, 2022 2:27 PM
**To:** Schreiber, Sara <sischreiber@hkm.com>; Damas, Gabriela <gdamas@hkm.com>
**Cc:** Foley, Jenny <JFoley@hkm.com>
**Subject:** RE: Settlement Follow Up - Evpak v. Department of Taxation

Good afternoon,

Attached is a draft of the stipulation to dismiss the lawsuit.  Please take a look whenever you can and let me know if you have any proposed changes or revisions.  I will wait until Monday to send around a draft of the stipulation to extend the time to submit the dismissal just in case the checks show up by Monday morning.